CARL EMIL MOLLER and Another, Respondents, v. CLARE A. PICKARD and Another, Appellants.— Interlocutory judgment affirmed, with costs. All concur. Lambert, J., not sitting.

JOSEPH STELLWAGEN, Respondent, v. S. WANDER & SONS' CHEMICAL Co., INC., Appellant.— Judgment and order affirmed, with costs. All concur, except De Angelis, J., who dissents and votes for reversal and dismissal of the complaint.

CATHERINE STELLWAGEN, Respondent, v. S. WANDER & SONS' CHEMICAL COMPANY, INC., Appellant.— Judgment and order affirmed with costs. All concur, except De Angelis, J., who dissents and votes for reversal and dismissal of the complaint.

EMMA F. SERVICE, Respondent, v. EMANUEL A. GARCIA, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the trial court erred in excluding the testimony which tended to show a satisfaction and ademption of the legacy during the lifetime of the testatrix, and holding as a matter of law at the close of the evidence that the plaintiff was entitled to recover the full amount of her legacy. While the testimony was not competent for the purpose of showing a revocation or modification of the will, it should have been received upon the question of satisfaction and ademption of the legacy. All concur.

HARRY R. GREGORY, Respondent, v. THE DIRECTOR GENERAL OF RAILROADS, Appellant.— Judgment and order affirmed, with costs. All concur.

THOMAS CROWLEY, Appellant, v. HABERLE-CRYSTAL SPRING BREWING COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur.

JOHN P. DUNN, Appellant, v. FERDINAND J. HOERR, Respondent.— Judgment affirmed, with costs. All concur.

PATRICK E. BARRETT, Respondent, v. FRED POWERS and Another, Appellants.— Judgment affirmed, with costs. All concur, except Kruse, P. J., and Lambert, J., who dissent.

JOHN ALEXANDER, Respondent, v. THE SCOTTSVILLE SAND AND GRAVEL COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES ROMANO and Another, Appellants.—Judgment of conviction and order affirmed. All concur.

WILLIAM C. BELL, as Administrator, etc., of CECIL BELL, Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.